THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 10-14218 |
| | ) | |
| Annette D. Oliver | ) | CHAPTER 7 |
| Gregory M. Oliver | ) | |
| | ) | |
| | ) | |
| DEBTOR. | ) | JUDGE AUG |
| | ) | |

## NOTICE OF MOTION TO DISMISS

NOTICE IS HEREBY GIVEN that the Office of the United States Trustee ("UST") has filed a Motion to Dismiss the above captioned case under 11 U.S.C. § 707.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the relief sought in the motion/objection, then on or before **twenty-one (21) days from the date set forth in the certificate of service for the motion,** you must file with the court a response explaining your position by mailing your response by regular U.S. Mail to Clerk of the Court at the United States Bankruptcy Court, 221 East Fourth Street, Suite 800, Cincinnati, Ohio 45202, OR your attorney must file a response using the Court's ECF System.

The Court must receive your response on or before the date above. You must also send a copy of your response either by 1) the court's ECF System or by 2) regular U.S. Mail to Douglas N. Hawkins, Esq., 36 East Seventh Street, Suite 2030, Cincinnati, Ohio 45202.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion/objection and may enter an order granting that relief without further notice or hearing.

If you would like a copy of the underlying Motion to Dismiss, please request such in

writing to Douglas N. Hawkins, Esq., Attorney for the Assistant U.S. Trustee, 36 East Seventh Street, Suite 2030, Cincinnati, Ohio 45202, or by telephone at: (513) 684-6988.

Pursuant to Fed. R. Bankr. P. 4004(c), the discharge of the Debtor is stayed pending the conclusion of this Motion.

Dated:  June 29, 2010                Respectfully Submitted:

                                        Daniel M. McDermott
                                        United States Trustee
                                        Region 9

                      By:     /s/ Douglas N. Hawkins
                                          Douglas N. Hawkins (#0038585)
                                          Attorney for the U.S. Trustee
                                          36 East Seventh Street, Suite 2030
                                          Cincinnati, Ohio 45202
                                          (513) 684-6988, ext. 225
                                          Fax (513) 684-6994
                                          doug.hawkins@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2010, a copy of the foregoing NOTICE OF MOTION OF UNITED STATES TRUSTEE TO DISMISS CHAPTER 7 CASE was served on the following registered ECF participants, electronically through the Court's ECF System at the e-mail address registered with the Court:

E. Hanlin Bavely,
Chapter 7 Trustee

and on the following by ordinary U.S. Mail:

Annette D. Oliver
Gregory M. Oliver
6431 Betts Avenue
Cincinnati, OH 45224

All creditors to be noticed by BNC.

                     By:     /s/ Douglas N. Hawkins
                                          Douglas N. Hawkins